# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
RWC Trucking, Inc.                              §        Case No. 06-10140
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
       . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on             .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid_____
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit A**

| Case No: | 06-10140 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | | | | Date Filed (f) or Converted (c): | 08/15/07 (c) |
| | | | | | 341(a) Meeting Date: | 09/26/07 |
| For Period Ending: | 10/09/12 | | | | Claims Bar Date: | 01/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING (u) | 35,605.74 | 0.00 | | 1,005.62 | FA |
| 2. Accounts Receivable | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Volvo Tractor Truck | 35,000.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Two 2000 Mercedes Benz automobiles (u) | 21,750.00 | 0.00 | | 21,750.00 | FA |
| 9. Preferential Transfer (u) | Unknown | 0.00 | | 39,859.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 67.10 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $274,355.74        $0.00                    $62,681.72        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-14-12  In the RWC Trucking case (one of my trustee cases) which we're trying to close, we made a small overpayment to the firm of $750. The firm's fees were allowed in the amounts we paid (and in fact the estate did not have enough cash to pay the fees in the full allowed amount) but there was another creditor, the US Trustee's Office, which was owed $750 in equal priority to FSLC in the case and was inadvertently omitted from our payment schedule at the time we sent out distributions. So, to rectify the situation please prepare a check for $750 payable to the Bankruptcy Estate of RWC Trucking, Inc. (N. Neville Reid, Trustee) so I may put that back into the account and send a check to the UST for their $750 trustee fee.

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-10140    ABG    Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | RWC Trucking, Inc. | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Date Filed (f) or Converted (c): | 08/15/07 (c) |
| 341(a) Meeting Date: | 09/26/07 |
| Claims Bar Date: | 01/04/08 |

7-27-12 - Sent TFR to Tom Thornton

6-29-12 TFR for NNR's approval

Final payments received from settlement.  Administratively insolvent estate; will file TFR by 2/28/12

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 02/28/12

Page:   1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-10140  -ABG | | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******3653  Checking Account |
| Taxpayer ID No: | *******7979 | | | | |
| For Period Ending: | 10/09/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/12 | 9 | Inc. RWC Trucking | Deposit - Fee Reduced by FSLC $750 | 3110-000 | | -750.00 | 750.00 |
| 09/20/12 | 300001 | Office of the U.S. Trustee 219 South Dearborn Street, Suite 873 Chicago, IL  60604 | Trustee Fees | 2990-800 | | 750.00 | 0.00 |

| | | | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 0.00 | 0.00 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 17.00a

FOR PAGE

Page:   2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 06-10140  -ABG |
| Case Name: | RWC Trucking, Inc. |
| | |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/07 | 1 | RBS Citizens, N.A. RWC Trucking and Service | Bank Serial #: 000000 | 1290-000 | 976.62 | | 976.62 |
| 10/26/07 | 1 | Washington Mutual Bank | closing the Washington Mutual acct | 1290-000 | 29.00 | | 1,005.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 0.34 | | 1,005.96 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 0.53 | | 1,006.49 |
| 12/04/07 | 8 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Gross Auction Proceeds | 1229-000 | 21,750.00 | | 22,756.49 |
| 12/11/07 | 000301 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Auction expenses | 6620-000 | | 793.78 | 21,962.71 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 7.17 | | 21,969.88 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 8.70 | | 21,978.58 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 5.22 | | 21,983.80 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.20 | | 21,989.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.51 | | 21,993.51 |

| | | | Page Subtotals | | 22,787.29 | 793.78 | |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 06-10140  -ABG | |
| Case Name: | RWC Trucking, Inc. | |

| | |
|---|---|
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 21,996.30 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.70 | | 21,999.00 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 22,001.79 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 22,004.58 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.71 | | 22,007.29 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.13 | | 22,009.42 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.80 | | 22,011.22 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.11 | | 22,012.33 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,012.51 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 22,012.68 |
| 03/12/09 | 9 | Speedway SuperAmerica LLC P.O. Box 1500 Springfield, Ohio 45501 | | 1241-000 | 2,609.00 | | 24,621.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,621.88 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 24,622.42 |
| 05/12/09 | 9 | BNSF Railway Company | Adversary settlement | 1241-000 | 6,500.00 | | 31,122.42 |

Page Subtotals                    9,128.91                    0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       06-10140  -ABG  
Case Name:     RWC Trucking, Inc.

Taxpayer ID No:   *******7979  
For Period Ending:   10/09/12

Trustee Name:   N. Neville Reid  
Bank Name:      BANK OF AMERICA, N.A.  
Account Number / CD #:    *******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 961284 Ft. Worth, TX 76161-0284 | | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 31,123.12 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 31,123.89 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,124.68 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,125.47 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 31,126.24 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,127.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 31,127.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,128.59 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,129.38 |
| 02/02/10 | 9 | Cassandra Washington and Donna Calvin | Settlement Agreement | 1241-000 | 15,000.00 | | 46,129.38 |
| 02/15/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 46,754.38 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 46,755.39 |
| 03/23/10 | 9 | Willie J. Calvin 20210 St. Andrews Court | Settlement Agreement | 1241-000 | 625.00 | | 47,380.39 |

Page Subtotals          16,257.97          0.00

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-10140 -ABG |
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Olympia Fields, IL 60461 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.20 | | 47,381.59 |
| 04/23/10 | 9 | Willie J. Calvin 20210 St. Andrews Court Olympia Fields, IL 60461 | Settlement Agreement | 1241-000 | 625.00 | | 48,006.59 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.17 | | 48,007.76 |
| 05/19/10 | 9 | Willie J. Calvin 20210 St. Andrews Court Olympia Fields, IL 60461 | Settlement Agreement | 1241-000 | 625.00 | | 48,632.76 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,633.98 |
| 06/24/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,258.98 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,260.19 |
| 07/22/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,885.19 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.26 | | 49,886.45 |
| 08/16/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 50,511.45 |
| 08/23/10 | 000302 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 1st Fee Application Based on court ordered percentage | | | 4,488.46 | 46,022.99 |

Page Subtotals 3,131.06 4,488.46

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 17.00a

FORM 2
Page:   6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-10140  -ABG |
| Case Name: | RWC Trucking, Inc. |
| | |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees          4,487.26<br>Expenses          1.20 | 3110-000<br>3120-000 | | | |
| 08/23/10 | 000303 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Drive<br>Northbrook, IL  60062 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% of actual<br><br>Fees          7,754.21<br>Expenses          187.55 | <br><br><br>3731-000<br>3732-000 | | 7,941.76 | 38,081.23 |
| 08/23/10 | 000304 | Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% recovery<br><br>Fees          12,286.06<br>Expenses          431.62 | <br><br><br>3210-000<br>3220-000 | | 12,717.68 | 25,363.55 |
| 08/23/10 | 000305 | Nisen & Elliott, LLC<br>200 W. Adams Street<br>Suite 2500<br>Chicago, IL  60606 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% recovery<br><br><br>Fees          23,285.39<br>Expenses          2,078.16 | <br><br><br><br>3210-000<br>3220-000 | | 25,363.55 | 0.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.23 | | 1.23 |
| 09/17/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 626.23 |
| 10/24/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,251.23 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,251.25 |

Page Subtotals          1,251.25          46,022.99

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  7

Exhibit B

Case No:    06-10140  -ABG
Case Name:  RWC Trucking, Inc.

Trustee Name:    N. Neville Reid
Bank Name:       BANK OF AMERICA, N.A.
Account Number / CD #:    *******6673  Money Market Account (Interest Earn

Taxpayer ID No: *******7979
For Period Ending: 10/09/12

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,876.25 |
| 11/23/10 | 000306 | Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison Street<br>Chicago, IL 60606<br><br>Fees           165.52<br>Expenses       1.20 | 2nd Distribution to Professionals<br>Based on court ordered percentage<br><br>3110-000<br>3120-000 | | | 166.72 | 1,709.53 |
| 11/23/10 | 000307 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Drive<br>Northbrook, IL  60062 | 2nd Distribution to Professionals<br>Court ordered payment percentage | 3731-000 | | 295.00 | 1,414.53 |
| 11/23/10 | 000308 | Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 | 2nd Distribution to Professionals<br>Based on court ordered percentage | 3210-000 | | 472.40 | 942.13 |
| 11/23/10 | 000309 | Nisen & Elliott, LLC<br>200 W. Adams Street<br>Suite 2500<br>Chicago, IL  60606 | 2nd Distribution to Professionals<br>Based on court ordered percentage | 3210-000 | | 942.13 | 0.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 0.04 |
| 12/20/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.04 |
| 01/18/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.04 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,250.06 |

Page Subtotals          1,875.06          1,876.25

FOR PERIOD

Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  06-10140 -ABG
Case Name:  RWC Trucking, Inc.

Taxpayer ID No:  *******7979
For Period Ending:  10/09/12

Trustee Name:  N. Neville Reid
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,875.06 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,875.07 |
| 03/25/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 2,500.07 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.09 |
| 04/14/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,125.09 |
| 04/15/11 | 000310 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 3rd Distribution to Professionals Based on court ordered percentage | 3110-000 | | 375.74 | 2,749.35 |
| 04/15/11 | 000311 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL  60062 | 3rd Distribution to Professionals Based on court ordered payment percentage | 3731-000 | | 474.43 | 2,274.92 |
| 04/15/11 | 000312 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL  60606 | 3rd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 759.74 | 1,515.18 |
| 04/15/11 | 000313 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL  60606 | 3rdd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 1,515.18 | 0.00 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 0.01 |

Page Subtotals  1,875.04  3,125.09

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Ver: 17.00a

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 06-10140  -ABG | Trustee Name: | N. Neville Reid |
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 10/09/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.01 |
| 06/23/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.01 |
| 07/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,875.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,875.02 |
| 08/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 2,500.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.04 |
| 09/20/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,125.04 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,125.06 |
| 10/25/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,750.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,750.09 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,746.01 |
| 11/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 4,371.01 |

Page Subtotals       4,375.08       4.08

Ver: 17.00a

LFORM24

FORM 2

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-10140  -ABG |
| Case Name: | RWC Trucking, Inc. |
| | |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,371.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.77 | 4,366.27 |
| 12/08/11 | 000314 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 4th Distribution to Professionals Based on court ordered percentage | 3110-000 | | 524.97 | 3,841.30 |
| 12/08/11 | 000315 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL  60062 | 4th Distribution to Professionals Based on court ordered payment percentage | 3731-000 | | 662.86 | 3,178.44 |
| 12/08/11 | 000316 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL  60606 | 4th Distribution to Professionals Based on court ordered percentage | 3210-000 | | 1,061.48 | 2,116.96 |
| 12/08/11 | 000317 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL  60606 | 4th Distribution to Professionals Based on court ordered percentage | 3210-000 | | 2,116.96 | 0.00 |
| 12/21/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 625.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 621.71 |

Page Subtotals        625.05        4,374.35

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 06-10140  -ABG | Trustee Name: | N. Neville Reid |
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 10/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/12 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,246.71 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,246.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.87 | 1,245.85 |
| 02/10/12 | | Transfer to Acct #*******7067 | Final Posting Transfer | 9999-000 | | 1,245.85 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 61,931.72 | 61,931.72 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,245.85 | |
| Subtotal | 61,931.72 | 60,685.87 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 61,931.72 | 60,685.87 | |

Page Subtotals                625.01            1,246.72

Ver: 17.00a

LFORM24

**FORM 2**

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          06-10140  -ABG
Case Name:     RWC Trucking, Inc.

Taxpayer ID No:  *******7979
For Period Ending: 10/09/12

Trustee Name:          N. Neville Reid
Bank Name:               BANK OF AMERICA, N.A.
Account Number / CD #:    *******7067  BofA - Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | | Transfer from Acct #*******6673 | Transfer In From MMA Account | 9999-000 | 1,245.85 | | 1,245.85 |
| 02/15/12 | 003001 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Final Distribution<br>Court ordered payment schedule | 3110-000 | | 149.79 | 1,096.06 |
| 02/15/12 | 003002 | KEN NOVAK & ASSOCIATES, INC.<br>3356 LAKE KNOLL DRIVE<br>NORTHBROOK, IL 60062 | Final Distribution<br>Court ordered percentage distribution | 3731-000 | | 189.14 | 906.92 |
| 02/15/12 | 003003 | MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Final Distribution<br>Court ordered percentage distribution | 3210-000 | | 302.88 | 604.04 |
| 02/15/12 | 003004 | Nisen & Elliott<br>200 W. Adams Street<br>#2500<br>Chicago, IL  60606 | Final Distribution<br>Court ordered percentage distribution | 3210-000 | | 604.04 | 0.00 |

Page Subtotals                    1,245.85                1,245.85

Ver: 17.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   13

Exhibit B

| Case No: | 06-10140  -ABG | | | Trustee Name: | N. Neville Reid | | |
| Case Name: | RWC Trucking, Inc. | | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | | | | Account Number / CD #: | *******7067  BofA - Checking Account | | |
| Taxpayer ID No: | *******7979 | | | | | | |
| For Period Ending: | 10/09/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,245.85 | 1,245.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 1,245.85 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,245.85 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,245.85 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********3653 | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - ********6673 | 61,931.72 | 60,685.87 | 0.00 |
| BofA - Checking Account - ********7067 | 0.00 | 1,245.85 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 61,931.72 | 61,931.72 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 09, 2012

Case Number:   06-10140
Debtor Name:   RWC Trucking, Inc.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Fox, Hefter, Swibel, Levin & Carroll | Administrative | | $12,525.85 | $4,955.68 | $7,570.17 |
| 001 3731-00 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL 60062 | Administrative | | $15,815.90 | $9,563.19 | $6,252.71 |
| 001 3210-00 | MAYER BROWN LLP 71 South Wacker Drive Chicago, IL 60606 | Administrative | | $25,327.07 | $15,314.17 | $10,012.90 |
| 001 3210-00 | Nisen & Elliott 200 W. Adams Street #2500 Chicago, IL 60606 | Administrative | | $50,511.13 | $30,541.17 | $19,969.96 |
| 002 6620-00 | American Auction Associates | Administrative | | $793.78 | $793.78 | $0.00 |
| 999 2990-00 | Office of U.S. Trustee 219 South Dearborn Street, Suite 873 Chicago, IL 60604 | Administrative | | $750.00 | $750.00 | $0.00 |
| 000003B 040 5800-00 | Illinois Dept Employment Security Atty General Section 33 S State Street 9th Floor Chicago, Il 60603 | Priority | | $51,594.79 | $0.00 | $51,594.79 |
| 000004C 040 5800-00 | INTERNAL REVENUE SERVICE Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | Priority | | $146,843.55 | $0.00 | $146,843.55 |
| 000006B 040 5200-00 | Speedway SuperAmerica LLC Marathon Petroleum Company LLC P O Box 1590 Springfield, OH 45501 | Priority | (6-2) modified on 09/11/08 to correct creditor name (nm) | $2,312.78 | $0.00 | $2,312.78 |
| 000012 040 5800-00 | INTERNAL REVENUE SERVICE Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | Priority | | $28,296.92 | $0.00 | $28,296.92 |
| 000016B 040 5800-00 | Illinois Dept Employment Security Atty General Section 33 S State Street 9th Floor Chicago, Il 60603 | Priority | | $16,865.86 | $0.00 | $16,865.86 |
| 000018B 040 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | (18-1) Docketed on Wrong case (nm)(18-2) modified on 07/17/08 to correct creditors address (nm) | $24,666.79 | $0.00 | $24,666.79 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 09, 2012 | |
|---|---|---|---|---|---|---|

Case Number:    06-10140
Debtor Name:    RWC Trucking, Inc.

*Claim Class Sequence*

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $22,178.69 | $0.00 | $22,178.69 |
| 000002<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $4,348.45 | $0.00 | $4,348.45 |
| 000003A<br>070<br>7100-00 | Illinois Dept Employment Security<br>Atty General Section<br>33 S State Street 9th Floor<br>Chicago, Il 60603 | Unsecured | | $890.00 | $0.00 | $890.00 |
| 000004A<br>070<br>7100-00 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $104,210.66 | $0.00 | $104,210.66 |
| 000005A<br>070<br>7100-00 | BNSF RAILWAY CO.<br>Attn Anglea Chilcutt<br>2400 WESTERN CENTER BLVD.<br>FT. WORTH, TX 76131 | Unsecured | | $85,747.41 | $0.00 | $85,747.41 |
| 000006A<br>070<br>7100-00 | Speedway SuperAmerica LLC<br>Marathon Petroleum Company LLC<br>P O Box 1590<br>Springfield, OH 45501 | Unsecured | (6-2) modified on 09/11/08 to correct creditor name (nm) | $3,135.78 | $0.00 | $3,135.78 |
| 000007<br>070<br>7100-00 | Yang Ming (American) Corp<br>Nowell Amoroso Klein Bierman<br>155 Polifly Road, Hackensack, NJ<br>07601 | Unsecured | | $274,500.00 | $0.00 | $274,500.00 |
| 000008<br>070<br>7100-00 | YANG MING CORPORTION<br>525 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310 | Unsecured | (8-1) Incorrect Creditor, Filer Notified to Refile. Modified 1/3/07 (mj) | $0.00 | $0.00 | $0.00 |
| 000009<br>070<br>7100-00 | Yang Ming (American) Corp<br>Nowell Amoroso Klein Bierman<br>155 Polifly Road, Hackensack, NJ<br>07601 | Unsecured | | $274,500.00 | $0.00 | $274,500.00 |
| 000010<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br><B>(ADMINISTRATIVE)</B><br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | (10-3) Modified on 7/2/2007 to correct claim type, FILER NOTIFIED(pg). Claim amended by claim #17. 11/15/2007(PG) | $32,695.47 | $0.00 | $32,695.47 |
| 000011<br>070<br>7100-00 | Elaine L Chao Secretary U S Dept of<br>Labor<br>Marla J Haley U S Dept of Labor<br>230 S Dearborn St Ste 844<br>Chicago, Il 60604 | Unsecured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: October 09, 2012

Case Number:    06-10140
Debtor Name:    RWC Trucking, Inc.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 070 7100-00 | Hanjin Shipping Co Ltd Attn KC Min 80 East Route 4 Ste 490 Paramus, NJ 07652 | Unsecured | | $5,806.00 | $0.00 | $5,806.00 |
| 000015 070 7100-00 | Marty Mattesich General Credit Service Inc 299 Forest Avenue Paramus, NJ 07652 | Unsecured | | $70,682.00 | $0.00 | $70,682.00 |
| 000016A 070 7100-00 | Illinois Dept Employment Security Atty General Section 33 S State Street 9th Floor Chicago, Il 60603 | Unsecured | | $265.00 | $0.00 | $265.00 |
| 000017 070 7100-00 | Illinois Department of Revenue Bankruptcy Section <B>(ADMINISTRATIVE)</B> P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | (17-1) Amended claim #10(amd) dated 6/29/2007. 11/15/2007(PG)(17-3) Modified to correct claim type to Administrative, Filer Notified (cdw) | $19,178.19 | $0.00 | $19,178.19 |
| 000018A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | (18-1) Docketed on Wrong case (nm)(18-2) modified on 07/17/08 to correct creditors address (nm) | $3,629.56 | $0.00 | $3,629.56 |
| 000019 070 7100-00 | Illinois Department of Revenue Bankruptcy Section <B>(ADMINISTRATIVE)</B> P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | (19-1) Incorrect PDF - Filer notified to refile (nm) 07/14/08 | $0.00 | $0.00 | $0.00 |
| 000020 070 7100-00 | Illinois Department of Revenue Bankruptcy Section <B>(ADMINISTRATIVE)</B> P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | (20-1) Incorrect PDF - Filer notified to refile (nm) 07/14/08 | $0.00 | $0.00 | $0.00 |
| 000004B 050 4300-00 | INTERNAL REVENUE SERVICE Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | Secured | | $191,076.01 | $0.00 | $191,076.01 |
| 000005B 050 4220-00 | BNSF RAILWAY CO. Attn Anglea Chilcutt 2400 WESTERN CENTER BLVD. FT. WORTH, TX 76131 | Secured | | $175.93 | $0.00 | $175.93 |
| | Case Totals: | | | $1,469,323.57 | $61,917.99 | $1,407,405.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-10140
Case Name: RWC Trucking, Inc.
Trustee Name: N. Neville Reid

Balance on hand          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 000004B | INTERNAL REVENUE SERVICE | $ | $ | $ | $ |
| 000005B | BNSF RAILWAY CO. | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Attorney for Trustee Fees: Fox, Hefter, Swibel, Levin & Carroll | $ | $ | $ |
| Attorney for Trustee Expenses: Fox, Hefter, Swibel, Levin & Carroll | $ | $ | $ |
| Other: Office of U.S. Trustee | $ | $ | $ |
| Other: Ken Novak & Associates, Inc. | $ | $ | $ |
| Other: MAYER BROWN LLP | $ | $ | $ |
| Other: Nisen & Elliott | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: American Auction Associates | $ | $ | $ |

Total to be paid for prior chapter administrative expenses  $_____

Remaining Balance  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Illinois Dept Employment Security | $ | $ | $ |
| 000004C | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000006B | Speedway SuperAmerica LLC | $ | $ | $ |
| 000012 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000016B | Illinois Dept Employment Security | $ | $ | $ |
| 000018B | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank FSB | $ | $ | $ |
| 000003A | Illinois Dept Employment Security | $ | $ | $ |
| 000004A | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE