# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWC Trucking, Inc. | § | Case No. 06-10140 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk for the U.S. Bankruptcy
    Northern District of Illinois
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/07/2012 in Courtroom 613,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/09/2012    By: N. Neville Reid
                   Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　§
RWC Trucking, Inc.　　　　　§　　Case No. 06-10140
　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 61,931.72 |
| and approved disbursements of | $ | 61,931.72 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004B | INTERNAL REVENUE SERVICE | $ 191,076.01 | $ 191,076.01 | $ 0.00 | $ 0.00 |
| 000005B | BNSF RAILWAY CO. | $ 175.93 | $ 175.93 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Fox, Hefter, Swibel, Levin & Carroll | $ 12,475.00 | $ 4,953.28 | $ 0.00 |
| Attorney for Trustee Expenses: Fox, Hefter, Swibel, Levin & Carroll | $ 50.85 | $ 2.40 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Office of U.S. Trustee | $ 750.00 | $ 750.00 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 15,815.90 | $ 9,563.19 | $ 0.00 |
| Other: MAYER BROWN LLP | $ 25,327.07 | $ 15,314.17 | $ 0.00 |
| Other: Nisen & Elliott | $ 50,511.13 | $ 30,541.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                $ 0.00

Remaining Balance                $ 0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: American Auction Associates | $ 793.78 | $ 793.78 | $ 0.00 |

Total to be paid for prior chapter administrative expenses                $ 0.00

Remaining Balance                $ 0.00


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 270,580.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Illinois Dept Employment Security | $ 51,594.79 | $ 0.00 | $ 0.00 |
| 000004C | INTERNAL REVENUE SERVICE | $ 146,843.55 | $ 0.00 | $ 0.00 |
| 000006B | Speedway SuperAmerica LLC | $ 2,312.78 | $ 0.00 | $ 0.00 |
| 000012 | INTERNAL REVENUE SERVICE | $ 28,296.92 | $ 0.00 | $ 0.00 |
| 000016B | Illinois Dept Employment Security | $ 16,865.86 | $ 0.00 | $ 0.00 |
| 000018B | Illinois Department of Revenue Bankruptcy Section | $ 24,666.79 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | | $ | 0.00 |
|---|---|---|---|---|
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,449.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank FSB | $ 4,348.45 | $ 0.00 | $ 0.00 |
| 000003A | Illinois Dept Employment Security | $ 890.00 | $ 0.00 | $ 0.00 |
| 000004A | INTERNAL REVENUE SERVICE | $ 104,210.66 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 06-10140-ABG
RWC Trucking, Inc.                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 3              Date Rcvd: Oct 12, 2012
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
```
db         +RWC Trucking, Inc.,    20210 Saint Andrews Court,    Olympia Fields, IL 60461-1155
aty        +Brookins & Wilson,    100 North LaSalle Street,    Suite 1710,    Chicago, IL 60602-2407
aty        +Mayer Brown LLP,    Mayer Brown LLP,    71 South Wacker Drive,    Chicago, IL 60606-4716
aty        +Nisen & Elliot,    Nisen & Elliot,    200 W Adams Ste 2500,    Chicago, IL 60606-5283
10873624    AMERICAN EXPRESS BANK FSB,    P O Box 3001,    Malvern, PA 19355-0701
10918386   +American Express,    P O Box 360002,    Ft Lauderdale, FL 33336-0002
10914751    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10873625   +BNSF RAILWAY CO.,    Attn Anglea Chilcutt,    2400 WESTERN CENTER BLVD.,    FT. WORTH, TX 76131-1322
10873626   +CMA CGM,    5701 LAKE WRIGHT DRIVE,    NORFOLK, VA 23502-1868
11252111   +Debra J Vorhies Levine,    Law Offices of Debra A Levine,    53 W Jackson Blvd Ste 909,
             Chicago, Il 60604-3837
11062653   +Elaine L Chao Secretary U S Dept of Labor,    Marla J Haley U S Dept of Labor,
             230 S Dearborn St Ste 844,    Chicago, Il 60604-1779
11252107    Faith Dolgin,    Illinois Attorney General's Office,    10 W Randolph Street 13th Floor,
             Chicago, Il 60601
11618059   +Hanjin Shipping Co Ltd,    Attn KC Min,    80 East Route 4 Ste 490,    Paramus, NJ 07652-2655
11252108   +Hanjin Shipping Co/Frontage Worldwide,    c/o Newport Systems Inc,
             3350 Highway 138 Bldg One Ste 211,    Wall, NJ 07719-9693
10918384    Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10942562   +Illinois Dept Employment Security,    Atty General Section,    33 S State Street 9th Floor,
             Chicago, Il 60603-2806
10918385   +Illinois Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
             Chicago IL 60680-4385
11252105   +Internal Revenue Service,    J Lee,    3615 Park Drive BLDG VI,    Olympia Fields, IL 60461-3013
10942560   +J Lee,    Internal Revenue Service,    3615 Park Drive Bldg VI,    Olympia Fields, IL 60461-3013
11252109   +Marty Mattesich,    General Credit Service Inc,    299 Forest Avenue,    Paramus, NJ 07652-5400
10873628   +NEWPORT SYSTEMS, INC.,    3350 HIGHWAY 138,    BUILDING ONE,    SUITE 211,    WALL, NJ 07719-9694
10873629   +PROGRESSIVE INUSRANCE,    P.O. BOX 94739,    CLEVELAND, OH 44101-4739
11252110   +Rick A Steinberg,    Nowell Amoroso Klein et al,    155 Polifly Road,    Hackensack, NJ 07601-1762
10918387   +Robert T. Little,    IRS Office of District Counsel,    200 W. Adams Street, Suite 2300,
             Chicago, IL 60606-5231
10873630   +SPEEDWAY SUPER AMERICA, LLC.,    500 SPEEDWAY DRIVE,    ENON, OH 45323-1056
10873631   +STARBACH REPS FOR BNSF,    P.O. BOX 676160,    DALLAS, TX 75267-6160
11037362   +Speedway SuperAmerica LLC,    Marathon Petroleum Company LLC,    P O Box 1590,
             Springfield, OH 45501-1590
10873623   +WILLIE J. CALVIN, JR.,    20210 SAINT ANDREWS COURT,    OLYMPIA FIELDS, IL 60461-1155
10873632   +YANG MING CORPORTION,    525 WASHINGTON BLVD.,    JERSEY CITY, NJ 07310-1683
11055660    Yang Ming (America) Corp.,    c/o Rick A. Steinberg,    Nowell Amoroso Klein Bierman, P.A.,
             155 Polifly Road, Hackensack, NJ   07601
11055681    Yang Ming (America) Corporation,    Rick A. Steinberg,    Nowell Amoroso Klein Bierman, P.A.,
             155 Polifly Road, Hackensack, NJ   07601
11056137    Yang Ming (American) Corp,    Nowell Amoroso Klein Bierman,
             155 Polifly Road, Hackensack, NJ   07601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10873627      E-mail/Text: cio.bncmail@irs.gov Oct 13 2012 00:23:22     INTERNAL REVENUE SERVICE,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
11252104      E-mail/Text: cio.bncmail@irs.gov Oct 13 2012 00:23:22     Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S Dearborn Street,    Chicago, Il 60604
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
11588874       Office of the U.S. Trustee
10942561*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11749116*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11252106*     +Robert T Little,    IRS office of District Counsel,    200 W Adams Street Ste 2300,
                Chicago, IL 60606-5231
                                                                                  TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dgomez              Page 2 of 3              Date Rcvd: Oct 12, 2012
                              Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**           **Signature:**   _Joseph Speetjens_

Case 06-10140   Doc 257   Filed 10/12/12   Entered 10/14/12 23:32:59   Desc Imaged
Certificate of Notice   Page 8 of 8

```
District/off: 0752-1           User: dgomez              Page 3 of 3                  Date Rcvd: Oct 12, 2012
                               Form ID: pdf006           Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2012 at the address(es) listed below:

```
          Alan S Farnell    on behalf of Defendant   Angies Transportation, Inc. alan@farnelllaw.com
          Brian A Press    on behalf of Creditor   Department of Treasury, IRS
           brian.a.press@irscounsel.treas.gov
          Daniel P. Dawson    on behalf of Plaintiff N. Reid ddawson@nisen.com,   adrag@nisen.com
          Elizabeth Gayle Peterson    on behalf of Attorney   Fox, Hefter, Swibel, Levin & Carroll, LLP
           epeterson@fslc.com,   docket@fslc.com;bkdocket@fslc.com
          Horace  Fox    on behalf of Attorney Horace Fox foxhorace@aol.com,   mmedina@lehmanfox.com
          James J Burns    on behalf of Defendant Donna Calvin jburnsui@aol.com
          John K Kallman    on behalf of Defendant   Speedway Superamerica, LLC jkkallman@sbcglobal.net
          Michael W Ott    on behalf of Attorney   Mayer Brown LLP mott@schiffhardin.com,
           rkaferly@schiffhardin.com
          N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Reid nreid@fslc.com,   bkdocket@fslc.com;kgoin@fslc.com
          Patience R Clark    on behalf of Debtor   RWC Trucking, Inc. prc@clarklawchicago.com,
           nikki41711@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thaddeus L Wilson    on behalf of Debtor   RWC Trucking, Inc. thaddeus@tlwpc.com,
           hbbjr@worldnet.att.net
          Todd M Wincek    on behalf of Defendant Donna Calvin ToddWincekEsq@gmail.com,
           bandwlaw@sbcglobal.net
                                                                                               TOTAL: 14
```