## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWC Trucking, Inc. | § | Case No. 06-10140 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 217,000.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 0.00

Claims Discharged
Without Payment: 1,982,346.09

Total Expenses of Administration: 61,931.72

3) Total gross receipts of $ 61,931.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 61,931.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 117,966.11 | $ 191,251.94 | $ 191,251.94 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 159,266.15 | 159,266.15 | 61,137.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,587.56 | 1,587.56 | 793.78 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 217,213.20 | 270,580.69 | 270,580.69 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 592,784.99 | 901,767.21 | 901,767.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 927,964.30 | $ 1,524,453.55 | $ 1,524,453.55 | $ 61,931.72 |

4) This case was originally filed under chapter 7 on 08/18/2006 , and it was converted to chapter 7 on 08/15/2007 . The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2013          By:/s/N. Neville Reid
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Two 2000 Mercedes Benz automobiles | 1229-000 | 21,750.00 |
| Preferential Transfer | 1241-000 | 39,109.00 |
| Post-Petition Interest Deposits | 1270-000 | 67.10 |
| CHECKING | 1290-000 | 1,005.62 |
| TOTAL GROSS RECEIPTS | | $61,931.72 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| | J. Lee | | | | | |
| | Robert T. Little | | 117,966.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | BNSF RAILWAY CO. | 4220-000 | NA | 175.93 | 175.93 | 0.00 |
| 000004B | INTERNAL REVENUE SERVICE | 4300-000 | NA | 191,076.01 | 191,076.01 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 117,966.11 | $ 191,251.94 | $ 191,251.94 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | 2600-000 | NA | 4.08 | 4.08 | 4.08 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 4.77 | 4.77 | 4.77 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 3.31 | 3.31 | 3.31 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.87 | 0.87 | 0.87 |
| OFFICE OF U.S. TRUSTEE | 2990-000 | NA | 750.00 | 750.00 | 0.00 |
| OFFICE OF THE U.S. TRUSTEE | 2990-800 | NA | 750.00 | 750.00 | 750.00 |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | 3110-000 | NA | 12,475.00 | 12,475.00 | 5,703.28 |
| RWC TRUCKING, INC. | 3110-000 | NA | -750.00 | -750.00 | -750.00 |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | 3120-000 | NA | 50.85 | 50.85 | 2.40 |
| MAYER BROWN LLP | 3210-000 | NA | 25,327.07 | 25,327.07 | 302.88 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAYER BROWN LLP | 3210-000 | NA | 12,286.06 | 12,286.06 | 12,286.06 |
| MAYER BROWN LLP | 3210-000 | NA | 472.40 | 472.40 | 472.40 |
| MAYER BROWN LLP | 3210-000 | NA | 759.74 | 759.74 | 759.74 |
| MAYER BROWN LLP | 3210-000 | NA | 1,061.48 | 1,061.48 | 1,061.48 |
| NISEN & ELLIOTT | 3210-000 | NA | 50,511.13 | 50,511.13 | 604.04 |
| NISEN & ELLIOTT, LLC | 3210-000 | NA | 23,285.39 | 23,285.39 | 23,285.39 |
| NISEN & ELLIOTT, LLC | 3210-000 | NA | 942.13 | 942.13 | 942.13 |
| NISEN & ELLIOTT, LLC | 3210-000 | NA | 1,515.18 | 1,515.18 | 1,515.18 |
| NISEN & ELLIOTT, LLC | 3210-000 | NA | 2,116.96 | 2,116.96 | 2,116.96 |
| MAYER BROWN LLP | 3220-000 | NA | 431.62 | 431.62 | 431.62 |
| NISEN & ELLIOTT, LLC | 3220-000 | NA | 2,078.16 | 2,078.16 | 2,078.16 |
| KEN NOVAK & ASSOCIATES, INC. | 3731-000 | NA | 15,815.90 | 15,815.90 | 189.14 |
| KEN NOVAK & ASSOCIATES, INC. | 3731-000 | NA | 7,754.21 | 7,754.21 | 7,754.21 |
| KEN NOVAK & ASSOCIATES, INC. | 3731-000 | NA | 295.00 | 295.00 | 295.00 |
| KEN NOVAK & ASSOCIATES, INC. | 3731-000 | NA | 474.43 | 474.43 | 474.43 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEN NOVAK & ASSOCIATES, INC. | 3731-000 | NA | 662.86 | 662.86 | 662.86 |
| KEN NOVAK & ASSOCIATES, INC. | 3732-000 | NA | 187.55 | 187.55 | 187.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 159,266.15 | $ 159,266.15 | $ 61,137.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES | 6620-000 | NA | 793.78 | 793.78 | 0.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 6620-000 | NA | 793.78 | 793.78 | 793.78 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 1,587.56 | $ 1,587.56 | $ 793.78 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Depart. of Revenue Faith Dolgin | | 29,923.53 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS<br>Robert T. Little | | 184,889.67 | NA | NA | 0.00 |
| | Willie J. Calvin, Jr. | | 2,400.00 | NA | NA | 0.00 |
| 000006B | SPEEDWAY SUPERAMERICA LLC | 5200-000 | NA | 2,312.78 | 2,312.78 | 0.00 |
| 000018B | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 24,666.79 | 24,666.79 | 0.00 |
| 000003B | ILLINOIS DEPT EMPLOYMENT SECURITY | 5800-000 | NA | 51,594.79 | 51,594.79 | 0.00 |
| 000016B | ILLINOIS DEPT EMPLOYMENT SECURITY | 5800-000 | NA | 16,865.86 | 16,865.86 | 0.00 |
| 000004C | INTERNAL REVENUE SERVICE | 5800-000 | NA | 146,843.55 | 146,843.55 | 0.00 |
| 000012 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 28,296.92 | 28,296.92 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 217,213.20 | $ 270,580.69 | $ 270,580.69 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express<br>American Express<br>c/o Becket and Lee LLP | | 26,527.14 | NA | NA | 0.00 |
| | BNSF Railway Co.<br>2400 Western Center Blvd.<br>Ft. Worth, TX 76131 | | 85,923.34 | NA | NA | 0.00 |
| | CMA CGM | | 1,000.00 | NA | NA | 0.00 |
| | Hanjin Shipping Co./Frontage<br>Worldwide<br>Marty Mattesich | | 72,000.00 | NA | NA | 0.00 |
| | IL Depart. of Employment<br>Security<br>Faith Dolgin<br>IL Department of Revenue | | 53,000.00 | NA | NA | 0.00 |
| | Speedway Super America,<br>LLC | | 5,834.51 | NA | NA | 0.00 |
| | Willie J. Calvin, Jr. | | 74,000.00 | NA | NA | 0.00 |
| | Yang Ming Corporation<br>Rick A. Steinberg<br>Debra J. Vorhies Levine | | 274,500.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS<br>BANK FSB | 7100-000 | NA | 22,178.69 | 22,178.69 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 4,348.45 | 4,348.45 | 0.00 |
| 000005A | BNSF RAILWAY CO. | 7100-000 | NA | 85,747.41 | 85,747.41 | 0.00 |
| 000011 | ELAINE L CHAO SECRETARY U S DEPT OF | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000014 | HANJIN SHIPPING CO LTD | 7100-000 | NA | 5,806.00 | 5,806.00 | 0.00 |
| 000010 | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 32,695.47 | 32,695.47 | 0.00 |
| 000017 | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 19,178.19 | 19,178.19 | 0.00 |
| 000018A | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 3,629.56 | 3,629.56 | 0.00 |
| 000019 | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000020 | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003A | ILLINOIS DEPT EMPLOYMENT SECURITY | 7100-000 | NA | 890.00 | 890.00 | 0.00 |
| 000016A | ILLINOIS DEPT EMPLOYMENT SECURITY | 7100-000 | NA | 265.00 | 265.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 104,210.66 | 104,210.66 | 0.00 |
| 000015 | MARTY MATTESICH | 7100-000 | NA | 70,682.00 | 70,682.00 | 0.00 |
| 000006A | SPEEDWAY SUPERAMERICA LLC | 7100-000 | NA | 3,135.78 | 3,135.78 | 0.00 |
| 000007 | YANG MING (AMERICAN) CORP | 7100-000 | NA | 274,500.00 | 274,500.00 | 0.00 |
| 000009 | YANG MING (AMERICAN) CORP | 7100-000 | NA | 274,500.00 | 274,500.00 | 0.00 |
| 000008 | YANG MING CORPORTION | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 592,784.99 | $ 901,767.21 | $ 901,767.21 | $ 0.00 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 06-10140   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | Date Filed (f) or Converted (c): | 08/15/07 (c) |
| | | 341(a) Meeting Date: | 09/26/07 |
| For Period Ending   01/22/13 | | Claims Bar Date: | 01/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CHECKING (u) | 35,605.74 | 0.00 | | 1,005.62 | FA | 0.00 | 0.00 |
| 2. Accounts Receivable | 90,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 2001 Volvo Tractor Truck | 35,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Two 2000 Mercedes Benz automobiles (u) | 21,750.00 | 0.00 | | 21,750.00 | FA | 0.00 | 0.00 |
| 9. Preferential Transfer (u) | Unknown | 0.00 | | 39,859.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 67.10 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $274,355.74 | $0.00 | | $62,681.72 | | $0.00 | $0.00 |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-14-12  In the RWC Trucking case (one of my trustee cases) which we're trying to close, we made a small overpayment to
the firm of $750. The firm's fees were allowed in the amounts we paid (and in fact the estate did not have enough cash
to pay the fees in the full allowed amount) but there was another creditor, the US Trustee's Office, which was owed $750
in equal priority to FSLC in the case and was inadvertently omitted from our payment schedule at the time we sent out
distributions. So, to rectify the situation please prepare a check for $750 payable to the Bankruptcy Estate of RWC
Trucking, Inc. (N. Neville Reid, Trustee) so I may put that back into the account and send a check to the UST for their
$750 trustee fee.

7-27-12 - Sent TFR to Tom Thornton

LFORM1EX
UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver. 17.01

Page:    2
Exhibit 8

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No       06-10140    ABG    Judge: A. BENJAMIN GOLDGAR
Case Name     RWC Trucking, Inc.

Trustee Name:                          N. Neville Reid
Date Filed (f) or Converted (c):       08/15/07 (c)
341(a) Meeting Date:                   09/26/07
Claims Bar Date:                       01/04/08

6-29-12 TFR for NNR's approval

Final payments received from settlement.  Administratively insolvent estate; will file TFR by 2/28/12

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 02/28/12

LFORM1IEX
UST Form 101-7-TDR (5/1/2011) (Page: 12)

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-10140 -ABG |
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3653 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/12 | 9 | Inc. RWC Trucking | Deposit - Fee Reduced by FSLC $750 | 3110-000 | | -750.00 | 750.00 |
| 09/20/12 | 300001 | Office of the U.S. Trustee 219 South Dearborn Street, Suite 873 Chicago, IL  60604 | Trustee Fees | 2990-800 | | 750.00 | 0.00 |

| | COLUMN TOTALS | 0.00 | 0.00 | |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | 0.00 | 0.00 | |
| | Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        06-10140 -ABG
Case Name:      RWC Trucking, Inc.

Taxpayer ID No.   ******7979
For Period Ending:   01/22/13

Trustee Name:     N. Neville Reid
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:   ******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/07 | 1 | RBS Citizens, N.A. RWC Trucking and Service | Bank Serial #: 000000 | 1290-000 | 976.62 | | 976.62 |
| 10/26/07 | 1 | Washington Mutual Bank | closing the Washington Mutual acct | 1290-000 | 29.00 | | 1,005.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.34 | | 1,005.96 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.53 | | 1,006.49 |
| 12/04/07 | 8 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Gross Auction Proceeds | 1229-000 | 21,750.00 | | 22,756.49 |
| 12/11/07 | 000301 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Auction expenses | 6620-000 | | 793.78 | 21,962.71 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 7.17 | | 21,969.88 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.70 | | 21,978.58 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.22 | | 21,983.80 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.20 | | 21,989.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.51 | | 21,993.51 |
| | | | Page Subtotals | | 22,787.29 | 793.78 | |

Page: 3

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         06-10140 -ABG
Case Name:       RWC Trucking, Inc.

Taxpayer ID No.  ******7979
For Period Ending  01/22/13

Trustee Name:    N. Neville Reid
Bank Name:       BANK OF AMERICA, N.A.
Account Number / CD #:  ******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.79 | | 21,996.30 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.70 | | 21,999.00 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.79 | | 22,001.79 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.79 | | 22,004.58 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.71 | | 22,007.29 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.13 | | 22,009.42 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.80 | | 22,011.22 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.11 | | 22,012.33 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,012.51 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 22,012.68 |
| 03/12/09 | 9 | Speedway SuperAmerica LLC P.O. Box 1500 Springfield, Ohio 45501 | | 1241-000 | 2,609.00 | | 24,621.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,621.88 |
| 04/30/09 | INT | BANK OF AMERICA, N.A | Interest Rate 0.030 | 1270-000 | 0.54 | | 24,622.42 |
| 05/12/09 | 9 | BNSF Railway Company | Adversary setlement | 1241-000 | 6,500.00 | | 31,122.42 |
| | | | Page Subtotals | | 9,128.91 | 0.00 | |

Ver. 17.01

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 15)

Page:  4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            06-10140 -ABG
Case Name:       RWC Trucking, Inc.

Taxpayer ID No.:     *******7979
For Period Ending:   01/22/13

Trustee Name:               N. Neville Reid
Bank Name:                  BANK OF AMERICA, N.A.
Account Number / CD #:      *******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 961284 Ft. Worth, TX 76161-0284 | | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 31,123.12 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,123.89 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,124.68 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,125.47 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,126.24 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,127.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,127.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,128.59 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,129.38 |
| 02/02/10 | 9 | Cassandra Washington and Donna Calvin | Settlement Agreement | 1241-000 | 15,000.00 | | 46,129.38 |
| 02/15/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 46,754.38 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 46,755.39 |
| 03/23/10 | 9 | Willie J. Calvin 20210 St. Andrews Court | Settlement Agreement | 1241-000 | 625.00 | | 47,380.39 |

Page Subtotals          16,257.97          0.00

Page: 5

Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:           06-10140 -ABG
Case Name:         RWC Trucking, Inc.

Trustee Name:              N. Neville Reid
Bank Name:                 BANK OF AMERICA, N.A.
Account Number / CD #:     ******6673  Money Market Account (Interest Earn

Taxpayer ID No.:   *******7979
For Period Ending: 01/22/13

Blanket Bond (per case limit):     $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Olympia Fields, IL  60461 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,381.59 |
| 04/23/10 | 9 | Willie J. Calvin 20210 St. Andrews Court Olympia Fields, IL  60461 | Settlement Agreement | 1241-000 | 625.00 | | 48,006.59 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 48,007.76 |
| 05/19/10 | 9 | Willie J. Calvin 20210 St. Andrews Court Olympia Fields, IL  60461 | Settlement Agreement | 1241-000 | 625.00 | | 48,632.76 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,633.98 |
| 06/24/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,258.98 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 49,260.19 |
| 07/22/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,885.19 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.26 | | 49,886.45 |
| 08/16/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 50,511.45 |
| 08/23/10 | 000302 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 1st Fee  Application Based on court ordered percentage | | | 4,488.46 | 46,022.99 |
| | | | | Page Subtotals | 3,131.06 | 4,488.46 | |

LFORM24    UST Form 101-7-TDR (5/1/2011) (Page: 17)

Ver: 17.01

Page: 6
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-10140 -ABG | Trustee Name: | N. Neville Reid |
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******7979 | Account Number / CD #: | ******6673 Money Market Account (Interest Earn |
| For Period Ending: | 01/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/23/10 | 000303 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Drive<br>Northbrook, IL 60062 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% of actual<br>Fees 4,487.26<br>Expenses 1.20<br>Fees 7,754.21<br>Expenses 187.55 | 3110-000<br>3120-000<br>3731-000<br>3732-000 | | 7,941.76 | 38,081.23 |
| 08/23/10 | 000304 | Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% recovery<br>Fees 12,286.06<br>Expenses 431.62 | 3210-000<br>3220-000 | | 12,717.68 | 25,363.55 |
| 08/23/10 | 000305 | Nisen & Elliott, LLC<br>200 W. Adams Street<br>Suite 2500<br>Chicago, IL 60606 | Allowance of Fees and Expenses<br>Court ordered payment @ 50% recovery<br>Fees 23,285.39<br>Expenses 2,078.16 | 3210-000<br>3220-000 | | 25,363.55 | 0.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 1.23 |
| 09/17/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 626.23 |
| 10/24/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,251.23 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,251.25 |
| | | | **Page Subtotals** | | 1,251.25 | 46,022.99 | |

Ver. 17.01

Page:  7
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-10140 -ABG |
|---|---|
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | *******7979 |
| For Period Ending | 01/22/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6673  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,876.25 |
| 11/23/10 | 000306 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 2nd Distribution to Professionals Based on court ordered percentage  Fees        165.52 Expenses        1.20 | 3110-000 3120-000 | | 166.72 | 1,709.53 |
| 11/23/10 | 000307 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL  60062 | 2nd Distribution to Professionals Court ordered payment percentage | 3731-000 | | 295.00 | 1,414.53 |
| 11/23/10 | 000308 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 | 2nd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 472.40 | 942.13 |
| 11/23/10 | 000309 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL 60606 | 2nd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 942.13 | 0.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 0.04 |
| 12/20/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.04 |
| 01/18/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.04 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,250.06 |
| | | | | Page Subtotals | 1,875.06 | 1,876.25 | |

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 19)

Ver: 17.01

Page 8

Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-10140 -ABG |
|---|---|
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6673  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,875.06 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,875.07 |
| 03/25/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 2,500.07 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,500.09 |
| 04/14/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,125.09 |
| 04/15/11 | 000310 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 3rd Distribution to Professionals Based on court ordered percentage | 3110-000 | | 375.74 | 2,749.35 |
| 04/15/11 | 000311 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL 60062 | 3rd Distribution to Professionals Based on court ordered payment percentage | 3731-000 | | 474.43 | 2,274.92 |
| 04/15/11 | 000312 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 | 3rd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 759.74 | 1,515.18 |
| 04/15/11 | 000313 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL 60606 | 3rdd Distribution to Professionals Based on court ordered percentage | 3210-000 | | 1,515.18 | 0.00 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 0.01 |
| | | | Page Subtotals | | 1,875.04 | 3,125.09 | |

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 20)

Ver: 17.01

Page: 9
Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-10140 -ABG
Case Name: RWC Trucking, Inc.

Taxpayer ID No: ********7979
For Period Ending: 01/22/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.01 |
| 06/23/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.01 |
| 07/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,875.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,875.02 |
| 08/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 2,500.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,500.04 |
| 09/20/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,125 04 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,125.06 |
| 10/25/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,750.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,750 09 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,746 01 |
| 11/18/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 4,371.01 |
| | | | Page Subtotals | | 4,375.08 | 4.08 | |

Ver. 17.01

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10
Exhibit 9

Case No:        06-10140 -ABG
Case Name:      RWC Trucking, Inc.

Taxpayer ID No:     ******7979
For Period Ending: 01/22/13

Trustee Name:       N. Neville Reid
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:   ******6673  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,371.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.77 | 4,366.27 |
| 12/08/11 | 000314 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 4th Distribution to Professionals Based on court ordered percentage | 3110-000 | | 524.97 | 3,841.30 |
| 12/08/11 | 000315 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL 60062 | 4th Distribution to Professionals Based on court ordered payment percentage | 3731-000 | | 662.86 | 3,178.44 |
| 12/08/11 | 000316 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 | 4th Distribution to Professionals Based on court ordered percentage | 3210-000 | | 1,061.48 | 2,116.96 |
| 12/08/11 | 000317 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL 60606 | 4th Distribution to Professionals Based on court ordered percentage | 3210-000 | | 2,116.96 | 0.00 |
| 12/21/11 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 625.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 621.71 |

Page Subtotals                    625.05        4,374.35

Ver: 17.01

Page: 11

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-10140 -ABG | Trustee Name: | N. Neville Reid |
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******6673 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******7979 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 01/22/13 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/12 | 9 | Charter One Official Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,246.71 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,246.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.87 | 1,245.85 |
| 02/10/12 | | Transfer to Acct #*******7067 | Final Posting Transfer | 9999-000 | | 1,245.85 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 61,931.72 | 61,931.72 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 1,245.85 | |
| Subtotal | | 61,931.72 | 60,685.87 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 61,931.72 | 60,685.87 | |

| | | |
|---|---|---|
| Page Subtotals | 625.01 | 1,246.72 |

Page: 12

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-10140 -ABG |
|---|---|
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | ******7979 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******7067 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | | Transfer from Acct #******6673 | Transfer In From MMA Account | 9999-000 | 1,245.85 | | 1,245.85 |
| 02/15/12 | 003001 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Final Distribution Court ordered payment schedule | 3110-000 | | 149.79 | 1,096.06 |
| 02/15/12 | 003002 | KEN NOVAK & ASSOCIATES, INC. 3356 LAKE KNOLL DRIVE NORTHBROOK, IL 60062 | Final Distribution Court ordered percentage distribution | 3731-000 | | 189.14 | 906.92 |
| 02/15/12 | 003003 | MAYER BROWN LLP 71 South Wacker Drive Chicago, IL 60606 | Final Distribution Court ordered percentage distribution | 3210-000 | | 302.88 | 604.04 |
| 02/15/12 | 003004 | Nisen & Elliott 200 W. Adams Street #2500 Chicago, IL 60606 | Final Distribution Court ordered percentage distribution | 3210-000 | | 604.04 | 0.00 |

| | Page Subtotals | 1,245.85 | 1,245.85 |
|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) (Page: 24)

Ver: 17.01

FORM 2

Page: 13

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-10140 -ABG |
| Case Name: | RWC Trucking, Inc. |
| Taxpayer ID No: | ********7979 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******7067  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,245.85 | 1,245.85 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 1,245.85 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,245.85 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 1,245.85 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********3653 | | 0.00 | 0.00 | |
| | | | Money Market Account (Interest Earn - ********6673 | | 61,931.72 | 60,685.87 | |
| | | | BofA - Checking Account - ********7067 | | 0.00 | 1,245.85 | |
| | | | | | 61,931.72 | 61,931.72 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

ACCOUNT BALANCES

| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |

Total Funds On Hand    0.00

Page Subtotals    0.00    0.00

Ver: 17.01

Auction expenses

**BANK OF AMERICA, N.A.**
Customer Connection

32-1/1110 TX
0

CHECK NUMBER

**301**

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

| DATE | AMOUNT |
|------|--------|
| 12/11/07 | *********793.78 |

1127289

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 06-10140   ABG   Debtor: RWC Trucking, Inc. | | |

PAY TO THE ORDER OF

American Auction Associates, Inc.
8515 S. Thomas Avenue
Bridgeview, IL 60455

*Seven Hundred Ninety Three Dollars And 78/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000301⑈ ⑆111000012⑆ 3756186673⑈

| Date: 12/11/07 | Check Number:   301 | Amount:   793.78 |
|---|---|---|

Case Number:  06-10140      ABG
Debtor Name:  RWC Trucking, Inc.
SSN: 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

| Paid To:  **American Auction Associates, Inc.**<br>**8515 S. Thomas Avenue**<br>**Bridgeview, IL 60455** | Trustee:  N. NEVILLE REID<br>71 South Wacker Drive<br>CHICAGO, IL 60606-4637 |
|---|---|

Description:   Auction expenses

Bank Account Number:   3756186673





N. Neville Reid
200 West Madison Street
Chicago, IL 60606

521061 0140

UST    Trustee Fees

CHECK NUMBER
300001

DATE    AMOUNT
09/20/12    $*********750.00

PAY TO THE ORDER OF

Office of the U.S. Trustee
219 South Dearborn Street, Suite 873
Chicago, IL  60604

06-10140    ABG    Debtor: RWC Trucking, Inc.

Seven Hundred Fifty Dollars And 00/100

THIS CHECK VOID AFTER 90 DAYS

⑈300001⑈ ⑆075900575⑈ ⑈222327365⑈

>0410-3601-7<
US TREAS DG-ECP
20121001

ENDORSE HERE

*110199993*
04/22/2011
6392629074

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*43158469*
*1*
*2361*
*00002-00723*

3rdd Distribution to Professionals

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION

CHECK NUMBER
**313**

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

32-1/1110 TX
0

DATE        AMOUNT
04/15/11     *******1,515.18

1127422

CASE NUMBER                    ESTATE OF
06-10140   ABG   Debtor. RWC Trucking, Inc.

PAY TO THE ORDER OF

Nisen & Elliott, LLC
200 W. Adams Street
Suite 2500
Chicago, IL  60606

*One Thousand Five Hundred Fifteen Dollars And 18/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000313⑈ ⑆111000012⑆ 3756186673⑈

⑈000313⑈ ⑆111000012⑆          ⑈3756186673⑈ ⑈0000151518⑈

↓Do not endorse or write below this line↓

FOR DEPOSIT ONLY
NISEN & ELLIOTT, LLC
ACCOUNT # 4513968218

DATE 04/21/11
C. 140.05



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

3rd Distribution to Professionals

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

CHECK NUMBER
**312**

DATE    04/15/11

AMOUNT    *********759.74

1127421

CASE NUMBER    ESTATE OF
06-10140    ABG    Debtor: RWC Trucking, Inc.

PAY TO THE ORDER OF

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60696

Seven Hundred Fifty Nine Dollars And 74/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000312⑈ ⑈111000012⑈ 3756186673⑈

⑈000312⑈ ⑈111000012⑈    3756186673⑈ ⑈0000075974⑈



↓Do not endorse or write below this line↓



*1110199993*
04/19/2011
8892866139

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

3rd Distribution to Professionals

BANK OF AMERICA, N.A.

CUSTOMER CONNECTION

CHECK NUMBER

311

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

DATE

04/15/11

AMOUNT

*********474.43

1127420

PAY TO THE ORDER OF

Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062

CASE NUMBER

ESTATE OF

06-10140   ABG   Debtor: RWC Trucking, Inc.

Four Hundred Seventy-Four Dollars And 43/100

RECEIVER/TRUSTEE, DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*99181991*
*1*
*1671*
*00004-00743*

⑈000311⑈ ⑈111000012⑈ 3756186673⑈

⑈000311⑈ 4⑈111000012⑈        ⑈3756186673⑈ ⑈0000047443⑈

For Deposit Only
A/C 1115000980890
Ken Novak & Assoc. Inc.

BANK OF AMERICA NA DAL
1110000254 E4942 01.003
04/19/11

↓Do not endorse or write below this line↓



*111019993*
04/20/2011
9292151542

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

3rd Distribution to Professionals

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**310**

CUSTOMER CONNECTION

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

DATE          AMOUNT
**04/15/11**    ********375.74

CASE NUMBER        ESTATE OF
06-10140   ABG   Debtor: RWC Trucking, Inc.

1127419

PAY TO THE ORDER OF

Fox, Hefter, Swibel, Levin & Carroll
200 West Madison Street
Chicago, IL 60606

Three Hundred Seventy Five Dollars And 74/100

RECEIVER/TRUSTEE/DEBTOR 'N POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*60999886*
*1*
*279*
*00005-00359*

⑆000310⑆ ⑈111000012⑈ 3756186673⑊

⑆000310⑆ ⑆111000012⑈       ⑆3756186673⑉ ⑆0000037574⑊



For Deposit Only
Account# 758382816

FOR DEPOSIT ONLY
FOX, HEFTER SWIBEL, LEVIN
& CARROLL
758382816

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

BANK OF AMERICA,NA DAL
P1110000254 E5016 01 008

US DATE 04/18/11

↓Do not endorse or write below this line↓



This is a LEGAL COPY of your check. You can use it the same way you would use the original check

2nd Distribution to Professionals

**BANK OF AMERICA, N.A.**    CHECK NUMBER
CUSTOMER CONNECTION    **309**
32-1/1110 TX

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

| DATE | AMOUNT |
| --- | --- |
| 11/23/10 | *********942.13 |

1127407
PAY TO THE ORDER OF

Nisen & Elliott, LLC
200 W. Adams Street
Suite 2500
Chicago, IL  60606

| CASE NUMBER | | ESTATE OF |
| --- | --- | --- |
| 06-10140 | ABG | Debtor RWC Trucking, Inc. |

Nine Hundred Forty Two Dollars And 13/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"000309⑈" ⑈:111000012⑈ 3756186673"

⑈"000309⑈" 4:111000012⑈:        ⑈"3756186673" ⑈"000094213⑈"

FOR DEPOSIT ONLY
NISEN & ELLIOTT, LLC
ACCOUNT #4513958218

↓Do not endorse or write below this line↓



*111019993*
12/03/2010
7892091858

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*33923116*
*1*
*937*
*00003-00275*

2nd Distribution to Professionals

BANK OF AMERICA, N.A.

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
308

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

| DATE | AMOUNT |
|---|---|
| 11/23/10 | ********472.40 |

1127406

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-10140   ABG   Debtor: RWC Trucking, Inc. | |

PAY TO THE ORDER OF

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Four Hundred Seventy Two Dollars And 40/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000308⑆ ⑆111000012⑈ 3756186673⑆

⑆000308⑆ ⑆111000012⑈         ⑆3756186673⑆ ⑆000004 7240⑆

*111019993*
11/30/2010
9192066954

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*9409313*
*1*
*181*
*00007-00599*

2nd Distribution to Professionals

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION

32-1/110 TX

CHECK NUMBER

**307**

DATE

**11/23/10**

AMOUNT

**********295.00

1127405

PAY TO THE ORDER OF

Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062

CASE NUMBER

06-10140    ABG    Debtor: RWC Trucking, Inc.

ESTATE OF

*Two Hundred Ninety Five Dollars and 00/100*

N. Neville Reid

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000307⑈ ⑆111000012⑆ 375618667⑈

⑈000307⑈ ⑆111000012⑆        ⑈375618667⑈ ⑈000029500⑈

For Deposit Only
A/C 1115000988989
Ken Novak & Assoc. Inc.

↓Do not endorse or write below this line↓



*1110199993*
11/30/2010
9292177459

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

2nd Distribution to Professionals

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/110 TX

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

CHECK NUMBER
**306**

DATE                   AMOUNT
11/23/10        *********166.72

*9409313*
*1*
*1195*
*00001-00391*

1127404
PAY TO THE ORDER OF

Fox, Hefter, Swibel, Levin & Carroll
200 West Madison Street
Chicago, IL 60686

CASE NUMBER                        ESTATE OF
06-10140    ABG    Debtor: RWC Trucking, Inc.

*One Hundred Sixty Six Dollars And 72/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION /ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000306⑈ ⑆111000012⑈ 3756186673⑈

⑈000306⑈ 4⑆111000012⑈ ⑈3756186673⑈ ⑈00000 16672⑈

For Deposit Only
Account# 758382816

FOR DEPOSIT ONLY
FOX HEFTER SWIBEL LEVIN
& CARROLL
758382816

VS DATE 11/29/10
835 E.      C. 148 GE

↓Do not endorse or write below this line↓

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*57902540*
*1*
*508*
*00005-00817*

Allowance of Fees and Expenses

**BANK OF AMERICA, N.A.**

CHECK NUMBER
304

CUSTOMER CONNECTION
22-1/1110 TX

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

| DATE | AMOUNT |
|------|--------|
| 08/23/10 | ******12,717.68 |

1127394

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|-------------|---|-----------|
| 06-10140 | ABG | Debtor: RWC Trucking, Inc. |

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

*Twelve Thousand Seven Hundred Seventeen Dollars And 68/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000304⑆ ⑈111000012⑈ 3756186673⑈

⑆000304⑆ ⑈111000012⑈        ⑆3756186673⑈ ⑆0001271768⑆





This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Allowance of Fees and Expenses

**BANK OF AMERICA, N.A.**

CHECK NUMBER
303

CUSTOMER CONNECTION
32-1/1110 TX

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

DATE    AMOUNT
08/23/10    *******7,941.76

1127393

PAY TO THE ORDER OF

Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062

CASE NUMBER    ESTATE OF
06-10140    ABG    Debtor: RWC Trucking, Inc.

Seven Thousand Nine Hundred Forty One Dollars And 76/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000303⑈ ⑆111000012⑆ 3756186673⑈



⑈000303⑈ ⑆111000012⑆    ⑈3756186673⑈ ⑈0000794176⑈

For Deposit Only
A/C 111500038060
Ken Novak & Assoc. Inc.

↓Do not endorse or write below this line↓



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

Allowance of Fees and Expenses

**BANK OF AMERICA, N.A.**   CHECK NUMBER

CUSTOMER CONNECTION

N. NEVILLE REID   **305**
71 South Wacker Drive
CHICAGO, IL 60606-4637

| DATE | AMOUNT |
|---|---|
| 08/23/10 | ******25,363.55 |

1127395

PAY TO THE ORDER OF

Nisen & Elliott, LLC
200 W. Adams Street
Suite 2500
Chicago, IL 60606

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 06-10140 | ABG | Debtor RWC Trucking, Inc. |

*Twenty Five Thousand Three Hundred Sixty Three Dollars And* 55/100

RECEIVED BY REORGANIZED DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000305⑆ ⑈111000012⑈ 3756186673⑈

⑆000305⑆ ⑈111000012⑈ 3756186673⑈ ⑆0002536355⑆



FOR DEPOSIT ONLY
NISEN & ELLIOTT, LLC
MONEY MARKET ACCOUNT
4513958196

↓Do not endorse or write below this line↓



*111019943*
08/27/2010
879216336

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*15254052*
*1*
*1007*
*01212*

1st & 2nd Fee Application

BANK OF AMERICA, N.A.

CUSTOMER CONNECTION

N. NEVILLE REID
71 South Wacker Drive
CHICAGO, IL 60606-4637

CHECK NUMBER
302

DATE
08/23/10

AMOUNT
*******4,488.46

1127392

PAY TO THE ORDER OF

Fox, Hefter, Swibel, Levin & Carroll
200 West Madison Street
Chicago, IL 60606

CASE NUMBER          ESTATE OF
06-10140   ABG   Debtor: RWC Trucking, Inc.

Four Thousand Four Hundred Eighty Eight Dollars And 46/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000302⑈ ⑆111000012⑆ 3756186673⑈

⑈000302⑈ ⑆111000012⑆     ⑈3756186673⑈ ⑈0000448846⑈

For Deposit Only
Account# 758382816

FOR DEPOSIT ONLY
FOX HEFTER SWIBEL LEVIN
& CARROLL
758382816

↓Do not endorse or write below this line↓

VS DATE 08/26/10
301 E 017 C 148 GF



*1110199993*
02/14/2012
9092261979

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

Final Distribution

**BANK OF AMERICA, N.A.**    CHECK NUMBER
**3001**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

29-1/110 TX
0

DATE                    AMOUNT
02/15/12    *********149.79

2572264
PAY TO THE ORDER OF

06-10140    ABG    Debtor. RWC Trucking, Inc

FOX, HEFTER, SWIBEL, LEVIN & CARROL

One Hundred Forty Nine Dollars And 79/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*27226060*
*1*
*583*
*00003-00567*

⑈003001⑈ ⑆111000012⑆ 375618706711⑈

⑈0030011⑈ ⑆111000012⑆    ⑈375618706711⑈ ⑈00000114979⑈



Do not endorse or write below this line

02/17/2012
0094090380815    02/17/2012
0094090380815    02/17/2012
11101282 02/17/2012
9092261979

PAY TO THE ORDER OF
USBANK

FOR DEPOSIT ONLY
FOX, HEFTER, SWIBEL, LEVIN
& CARROLL, LLP
19935575196

1 HAVE OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Credited to Acct
19935575196
Return Acct 19935575196

>91000026< 02/17/2012
201202170005576

DATE 02/17/12    C 148 G



This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Final Distribution

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**3002**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE    AMOUNT
02/15/12    *********189.14

2572265
PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
06-10140    ABG    Debtor: RWC Trucking, Inc.

KEN NOVAK & ASSOCIATES, INC.
3356 LAKE KNOLL DRIVE
NORTHBROOK, IL 60062

One Hundred Eighty Nine Dollars And 14/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*27226060*
*1*
*3180*
*00003-00361*

⑈003002⑈ ⑆111000012⑆ 375618706?⑈

⑈003002⑈ ⑆111000012⑈        ⑈375618706?⑈ ⑆000001B914⑆



For Deposit Only
A/C 11570086909
Ken Novak & Assoc. Inc.

↓Do not endorse or write below this line↓

*111019993*
02/23/2012
6092303780

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*53435775*
*1*
*919*
*00001-00839*

000009000383727 02/22/2012
111500120811

Final Distribution

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

BANK OF AMERICA, N.A.
32-1/1110 TX

CHECK NUMBER 3004

| DATE | AMOUNT |
|---|---|
| 02/15/12 | *********604.04 |

2572267

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 06-10140 | ABG | Debtor RWC Trucking, Inc. |

PAY TO THE ORDER OF

Six Hundred Four Dollars And 04/100

Nisen & Elliott
200 W. Adams Street
#2500
Chicago, IL 60606

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003004⑈ ⑆111000012⑆ 3756187067⑈

⑈003004⑈ 4⑆111000012⑆ ⑈3756187067⑈ ⑈0000060404⑈

111012822 02/22/2012
0060923037800

FOR DEPOSIT ONLY.
NISEN & ELLIOTT, LLC
MONEY-MARKET ACCOUNT
4513958196

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>111500120811< 02/22/2012
000009000383727

US DATE 02/22/12
033 E C 148 GF

↓Do not endorse or write below this line↓





