# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: § 
§ 
RWC Trucking, Inc. §   Case No. 06-10140
§ 
    Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              , and it was converted to chapter 7 on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | IRS |  |  |  |  |  |
|  | J. Lee |  |  |  |  |  |
|  | Robert T. Little |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | BNSF RAILWAY CO. | | | | | |
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S. TRUSTEE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| RWC TRUCKING, INC. | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| MAYER BROWN LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAYER BROWN LLP | | | | | |
| MAYER BROWN LLP | | | | | |
| MAYER BROWN LLP | | | | | |
| MAYER BROWN LLP | | | | | |
| NISEN & ELLIOTT | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| MAYER BROWN LLP | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Depart. of Revenue | | | | | |
| | Faith Dolgin | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS<br>Robert T. Little | | | | | |
| | Willie J. Calvin, Jr. | | | | | |
| 000006B | SPEEDWAY<br>SUPERAMERICA LLC | | | | | |
| 000018B | ILLINOIS DEPARTMENT<br>OF REVENUE BANK | | | | | |
| 000003B | ILLINOIS DEPT<br>EMPLOYMENT SECURITY | | | | | |
| 000016B | ILLINOIS DEPT<br>EMPLOYMENT SECURITY | | | | | |
| 000004C | INTERNAL REVENUE<br>SERVICE | | | | | |
| 000012 | INTERNAL REVENUE<br>SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express<br>American Express<br>c/o Becket and Lee LLP | | | | | |
| | BNSF Railway Co.<br>2400 Western Center Blvd.<br>Ft. Worth, TX 76131 | | | | | |
| | CMA CGM | | | | | |
| | Hanjin Shipping Co./Frontage<br>Worldwide<br>Marty Mattesich | | | | | |
| | IL Depart. of Employment<br>Security<br>Faith Dolgin<br>IL Department of Revenue | | | | | |
| | Speedway Super America,<br>LLC | | | | | |
| | Willie J. Calvin, Jr. | | | | | |
| | Yang Ming Corporation<br>Rick A. Steinberg<br>Debra J. Vorhies Levine | | | | | |
| 000001 | AMERICAN EXPRESS<br>BANK FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000005A | BNSF RAILWAY CO. | | | | | |
| 000011 | ELAINE L CHAO SECRETARY U S DEPT OF | | | | | |
| 000014 | HANJIN SHIPPING CO LTD | | | | | |
| 000010 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000017 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000018A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000019 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000020 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000003A | ILLINOIS DEPT EMPLOYMENT SECURITY | | | | | |
| 000016A | ILLINOIS DEPT EMPLOYMENT SECURITY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| 000015 | MARTY MATTESICH | | | | | |
| 000006A | SPEEDWAY SUPERAMERICA LLC | | | | | |
| 000007 | YANG MING (AMERICAN) CORP | | | | | |
| 000009 | YANG MING (AMERICAN) CORP | | | | | |
| 000008 | YANG MING CORPORTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-10140 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | | |

For Period Ending: 03/31/13

| Trustee Name: | N. Neville Reid |
|---|---|
| Date Filed (f) or Converted (c): | 08/15/07 (c) |
| 341(a) Meeting Date: | 09/26/07 |
| Claims Bar Date: | 01/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING (u) | 35,605.74 | 0.00 | | 1,005.62 | FA |
| 2. Accounts Receivable | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Volvo Tractor Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Volvo Tractor Truck | 35,000.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Two 2000 Mercedes Benz automobiles (u) | 21,750.00 | 0.00 | | 21,750.00 | FA |
| 9. Preferential Transfer (u) | Unknown | 0.00 | | 39,859.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 67.10 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $274,355.74 | $0.00 | | $62,681.72 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-14-12  In the RWC Trucking case (one of my trustee cases) which we're trying to close, we made a small overpayment to

the firm of $750. The firm's fees were allowed in the amounts we paid (and in fact the estate did not have enough cash

to pay the fees in the full allowed amount) but there was another creditor, the US Trustee's Office, which was owed $750

in equal priority to FSLC in the case and was inadvertently omitted from our payment schedule at the time we sent out

distributions. So, to rectify the situation please prepare a check for $750 payable to the Bankruptcy Estate of RWC

Trucking, Inc. (N. Neville Reid, Trustee) so I may put that back into the account and send a check to the UST for their

$750 trustee fee.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 06-10140   ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | RWC Trucking, Inc. | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Date Filed (f) or Converted (c): | 08/15/07 (c) |
| 341(a) Meeting Date: | 09/26/07 |
| Claims Bar Date: | 01/04/08 |

7-27-12 - Sent TFR to Tom Thornton

6-29-12 TFR for NNR's approval

Final payments received from settlement.  Administratively insolvent estate; will file TFR by 2/28/12

Initial Projected Date of Final Report (TFR): 12/31/08       Current Projected Date of Final Report (TFR): 02/28/12

FORM 2                                                                     Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 06-10140  -ABG |
| Case Name: | RWC Trucking, Inc. |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3653  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/12 | 9 | Inc. RWC Trucking | Deposit - Fee Reduced by FSLC $750 | 3110-000 | | -750.00 | 750.00 |
| 09/20/12 | 300001 | Office of the U.S. Trustee | Trustee Fees | 2990-800 | | 750.00 | 0.00 |
| | | 219 South Dearborn Street, Suite 873 | | | | | |
| | | Chicago, IL  60604 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                              0.00             0.00

Ver: 17.01

FOR HTR

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-10140  -ABG | |
| Case Name: | RWC Trucking, Inc. | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/07 | 1 | RBS Citizens, N.A. | Bank Serial #: 000000 | 1290-000 | 976.62 | | 976.62 |
| | | RWC Trucking and Service | | | | | |
| 10/26/07 | 1 | Washington Mutual Bank | closing the Washington Mutual acct | 1290-000 | 29.00 | | 1,005.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 0.34 | | 1,005.96 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 0.53 | | 1,006.49 |
| 12/04/07 | 8 | American Auction Associates, Inc. | Gross Auction Proceeds | 1229-000 | 21,750.00 | | 22,756.49 |
| | | 8515 S. Thomas Avenue | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 12/11/07 | 000301 | American Auction Associates, Inc. | Auction expenses | 6620-000 | | 793.78 | 21,962.71 |
| | | 8515 S. Thomas Avenue | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 7.17 | | 21,969.88 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 8.70 | | 21,978.58 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 5.22 | | 21,983.80 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.20 | | 21,989.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.51 | | 21,993.51 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 21,996.30 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.70 | | 21,999.00 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 22,001.79 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.79 | | 22,004.58 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.71 | | 22,007.29 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.13 | | 22,009.42 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.80 | | 22,011.22 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.11 | | 22,012.33 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,012.51 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 22,012.68 |
| 03/12/09 | 9 | Speedway SuperAmerica LLC | | 1241-000 | 2,609.00 | | 24,621.68 |
| | | P.O. Box 1500 | | | | | |

| | | |
|---|---|---|
| | Page Subtotals | 25,415.46    793.78 |

Ver: 17.01

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 06-10140 -ABG
Case Name: RWC Trucking, Inc.

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6673 Money Market Account (Interest Earn

Taxpayer ID No: *******7979
For Period Ending: 03/31/13

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Springfield, Ohio 45501 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,621.88 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 24,622.42 |
| 05/12/09 | 9 | BNSF Railway Company | Adversary settlement | 1241-000 | 6,500.00 | | 31,122.42 |
| | | PO Box 961284 | | | | | |
| | | Ft. Worth, TX 76161-0284 | | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 31,123.12 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,123.89 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,124.68 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,125.47 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,126.24 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,127.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,127.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,128.59 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,129.38 |
| 02/02/10 | 9 | Cassandra Washington and Donna Calvin | Settlement Agreement | 1241-000 | 15,000.00 | | 46,129.38 |
| 02/15/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 46,754.38 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 46,755.39 |
| 03/23/10 | 9 | Willie J. Calvin | Settlement Agreement | 1241-000 | 625.00 | | 47,380.39 |
| | | 20210 St. Andrews Court | | | | | |
| | | Olympia Fields, IL 60461 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.20 | | 47,381.59 |
| 04/23/10 | 9 | Willie J. Calvin | Settlement Agreement | 1241-000 | 625.00 | | 48,006.59 |
| | | 20210 St. Andrews Court | | | | | |
| | | Olympia Fields, IL 60461 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.17 | | 48,007.76 |
| 05/19/10 | 9 | Willie J. Calvin | Settlement Agreement | 1241-000 | 625.00 | | 48,632.76 |
| | | 20210 St. Andrews Court | | | | | |
| | | Olympia Fields, IL 60461 | | | | | |

Page Subtotals 24,011.08 0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 06-10140 -ABG | |
| Case Name: | RWC Trucking, Inc. | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673 Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,633.98 |
| 06/24/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,258.98 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,260.19 |
| 07/22/10 | 9 | Cashier's Check payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 49,885.19 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.26 | | 49,886.45 |
| 08/16/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 50,511.45 |
| 08/23/10 | 000302 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Chicago, IL 60606 | 1st Fee Application Based on court ordered percentage | | | 4,488.46 | 46,022.99 |
| | | | Fees 4,487.26 | 3110-000 | | | |
| | | | Expenses 1.20 | 3120-000 | | | |
| 08/23/10 | 000303 | Ken Novak & Associates, Inc. 3356 Lake Knoll Drive Northbrook, IL 60062 | Allowance of Fees and Expenses Court ordered payment @ 50% of actual | | | 7,941.76 | 38,081.23 |
| | | | Fees 7,754.21 | 3731-000 | | | |
| | | | Expenses 187.55 | 3732-000 | | | |
| 08/23/10 | 000304 | Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 | Allowance of Fees and Expenses Court ordered payment @ 50% recovery | | | 12,717.68 | 25,363.55 |
| | | | Fees 12,286.06 | 3210-000 | | | |
| | | | Expenses 431.62 | 3220-000 | | | |
| 08/23/10 | 000305 | Nisen & Elliott, LLC 200 W. Adams Street Suite 2500 Chicago, IL 60606 | Allowance of Fees and Expenses Court ordered payment @ 50% recovery | | | 25,363.55 | 0.00 |
| | | | Fees 23,285.39 | 3210-000 | | | |
| | | | Expenses 2,078.16 | 3220-000 | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 1.23 |
| 09/17/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 626.23 |

| | | | Page Subtotals | | 2,504.92 | 50,511.45 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-10140  -ABG | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/24/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,251.23 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,251.25 |
| 11/18/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,876.25 |
| 11/23/10 | 000306 | Fox, Hefter, Swibel, Levin & Carroll | 2nd Distribution to Professionals | | | 166.72 | 1,709.53 |
| | | 200 West Madison Street | Based on court ordered percentage | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Fees           165.52 | 3110-000 | | | |
| | | | Expenses        1.20 | 3120-000 | | | |
| 11/23/10 | 000307 | Ken Novak & Associates, Inc. | 2nd Distribution to Professionals | 3731-000 | | 295.00 | 1,414.53 |
| | | 3356 Lake Knoll Drive | Court ordered payment percentage | | | | |
| | | Northbrook, IL  60062 | | | | | |
| 11/23/10 | 000308 | Mayer Brown LLP | 2nd Distribution to Professionals | 3210-000 | | 472.40 | 942.13 |
| | | 71 South Wacker Drive | Based on court ordered percentage | | | | |
| | | Chicago, IL  60606 | | | | | |
| 11/23/10 | 000309 | Nisen & Elliott, LLC | 2nd Distribution to Professionals | 3210-000 | | 942.13 | 0.00 |
| | | 200 W. Adams Street | Based on court ordered percentage | | | | |
| | | Suite 2500 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 0.04 |
| 12/20/10 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.04 |
| 01/18/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.04 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,250.06 |
| 02/21/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,875.06 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,875.07 |
| 03/25/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 2,500.07 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.09 |
| 04/14/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 3,125.09 |
| 04/15/11 | 000310 | Fox, Hefter, Swibel, Levin & Carroll | 3rd Distribution to Professionals | 3110-000 | | 375.74 | 2,749.35 |
| | | 200 West Madison Street | Based on court ordered percentage | | | | |

| | Page Subtotals | 4,375.11 | 2,251.99 |
|---|---|---|---|

FORM 2   Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-10140 -ABG |
| Case Name: | RWC Trucking, Inc. |
| | |
| Taxpayer ID No: | *******7979 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60606 | | | | | |
| 04/15/11 | 000311 | Ken Novak & Associates, Inc. | 3rd Distribution to Professionals | 3731-000 | | 474.43 | 2,274.92 |
| | | 3356 Lake Knoll Drive | Based on court ordered payment percentage | | | | |
| | | Northbrook, IL  60062 | | | | | |
| 04/15/11 | 000312 | Mayer Brown LLP | 3rd Distribution to Professionals | 3210-000 | | 759.74 | 1,515.18 |
| | | 71 South Wacker Drive | Based on court ordered percentage | | | | |
| | | Chicago, IL  60606 | | | | | |
| 04/15/11 | 000313 | Nisen & Elliott, LLC | 3rdd Distribution to Professionals | 3210-000 | | 1,515.18 | 0.00 |
| | | 200 W. Adams Street | Based on court ordered percentage | | | | |
| | | Suite 2500 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 0.01 |
| 05/28/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 625.01 |
| 06/23/11 | 9 | Money Order payable to Neville Reid | Settlement Agreement | 1241-000 | 625.00 | | 1,250.01 |
| 07/18/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 1,875.01 |
| | | payable to Neville Reid | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,875.02 |
| 08/18/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 2,500.02 |
| | | payable to Neville Reid | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.04 |
| 09/20/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 3,125.04 |
| | | payable to Neville Reid | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,125.06 |
| 10/25/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 3,750.06 |
| | | payable to Neville Reid | | | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,750.09 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,746.01 |
| 11/18/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 4,371.01 |
| | | payable to Neville Reid | | | | | |

Page Subtotals          4,375.09          2,753.43

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 06-10140  -ABG | | Trustee Name: | N. Neville Reid |
| Case Name: | RWC Trucking, Inc. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6673  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7979 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,371.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.77 | 4,366.27 |
| 12/08/11 | 000314 | Fox, Hefter, Swibel, Levin & Carroll | 4th Distribution to Professionals | 3110-000 | | 524.97 | 3,841.30 |
| | | 200 West Madison Street | Based on court ordered percentage | | | | |
| | | Chicago, IL 60606 | | | | | |
| 12/08/11 | 000315 | Ken Novak & Associates, Inc. | 4th Distribution to Professionals | 3731-000 | | 662.86 | 3,178.44 |
| | | 3356 Lake Knoll Drive | Based on court ordered payment percentage | | | | |
| | | Northbrook, IL  60062 | | | | | |
| 12/08/11 | 000316 | Mayer Brown LLP | 4th Distribution to Professionals | 3210-000 | | 1,061.48 | 2,116.96 |
| | | 71 South Wacker Drive | Based on court ordered percentage | | | | |
| | | Chicago, IL  60606 | | | | | |
| 12/08/11 | 000317 | Nisen & Elliott, LLC | 4th Distribution to Professionals | 3210-000 | | 2,116.96 | 0.00 |
| | | 200 W. Adams Street | Based on court ordered percentage | | | | |
| | | Suite 2500 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 12/21/11 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 625.00 |
| | | payable to Neville Reid | | | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 625.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 621.71 |
| 01/24/12 | 9 | Charter One Official Check | Settlement Agreement | 1241-000 | 625.00 | | 1,246.71 |
| | | payable to Neville Reid | | | | | |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,246.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.87 | 1,245.85 |
| 02/10/12 | | Transfer to Acct #*******7067 | Final Posting Transfer | 9999-000 | | 1,245.85 | 0.00 |

Page Subtotals        1,250.06        5,621.07

Ver: 17.01

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 06-10140  -ABG | | | Trustee Name: | N. Neville Reid | |
| Case Name: | RWC Trucking, Inc. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******6673  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******7979 | | | | | |
| For Period Ending: | 03/31/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 61,931.72 | 61,931.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,245.85 | |
| | | | Subtotal | | 61,931.72 | 60,685.87 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 61,931.72 | 60,685.87 | |

Page Subtotals                    0.00                    0.00

Ver:  17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-10140  -ABG | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | RWC Trucking, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7067  BofA - Checking Account |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | | Transfer from Acct #*******6673 | Transfer In From MMA Account | 9999-000 | 1,245.85 | | 1,245.85 |
| 02/15/12 | 003001 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Final Distribution | 3110-000 | | 149.79 | 1,096.06 |
| | | | Court ordered payment schedule | | | | |
| 02/15/12 | 003002 | KEN NOVAK & ASSOCIATES, INC. | Final Distribution | 3731-000 | | 189.14 | 906.92 |
| | | 3356 LAKE KNOLL DRIVE | Court ordered percentage distribution | | | | |
| | | NORTHBROOK, IL 60062 | | | | | |
| 02/15/12 | 003003 | MAYER BROWN LLP | Final Distribution | 3210-000 | | 302.88 | 604.04 |
| | | 71 South Wacker Drive | Court ordered percentage distribution | | | | |
| | | Chicago, IL 60606 | | | | | |
| 02/15/12 | 003004 | Nisen & Elliott | Final Distribution | 3210-000 | | 604.04 | 0.00 |
| | | 200 W. Adams Street | Court ordered percentage distribution | | | | |
| | | #2500 | | | | | |
| | | Chicago, IL  60606 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,245.85 | 1,245.85 | 0.00 |
| Less:  Bank Transfers/CD's | 1,245.85 | 0.00 | |
| Subtotal | 0.00 | 1,245.85 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,245.85 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********3653 | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - ********6673 | 61,931.72 | 60,685.87 | 0.00 |
| BofA - Checking Account - ********7067 | 0.00 | 1,245.85 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 61,931.72 | 61,931.72 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    1,245.85          1,245.85

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-10140  -ABG | |
| Case Name: | RWC Trucking, Inc. | |
| | | |
| Taxpayer ID No: | *******7979 | |
| For Period Ending: | 03/31/13 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7067  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********3653
Money Market Account (Interest Earn - ********6673
BofA - Checking Account - ********7067

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*